# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER PAUL ROMANOWSKI,** : | |
| : | **CIVIL ACTION NO. 3:16-1547** |
| **Plaintiff** : | |
| : | **(MANNION, D.J.)** |
| v. : | **(MEHALCHICK, M.J.)** |
| : | |
| **NANCY A. BERRYHILL,** : | |
| **Acting Commissioner of the** : | |
| **Social Security Administration.** : | |
| : | |
| **Defendant** : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the report of Judge Mehalchick, (Doc. 19), is **ADOPTED IN ITS ENTIRETY**;

**(2)** the instant action is **REMANDED** to the Commission for further proceedings as specified in Judge Mehalchick's report pursuant to 42 U.S.C. §405(g); and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 28, 2017**